THE STATE EX REL. SCOTT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Scott v. Indus. Comm.,* 98 Ohio St.3d 286, 2003-Ohio-371.]

(No. 2002–0899—Submitted January 7, 2003—Decided February 12, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Jim Petro, Attorney General, and Thomas L. Reitz, Assistant Attorney General, for appellee.